**Fill in this information to identify the case:**

Debtor name    TLC Travel Staff LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    8:24-bk-1546

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒    Other document that requires a declaration    Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/19/2024        **X** /s/   Steve Ludders
                                    Signature of individual signing on behalf of debtor

                                    Steve Ludders
                                    Printed name

                                    President/Managing Member
                                    Position or relationship to debtor

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      TLC Travel Staff LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    8:24-bk-1546

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*........................................................................................ $ _____0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................... $ _____889,287.17

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...................................................................................... $ _____889,287.17

Part 2:    **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____1,540,143.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____12,616,503.56

4.  **Total liabilities** .....................................................................................................................
    Lines 2 + 3a + 3b                                                                                    $ _____14,156,646.56

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___TLC Travel Staff LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) ___8:24-bk-1546___

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America ending 7957 | Payroll | 7957 | $0.00 |
| 3.2. | Bank of America ending 7960 - Operating Account Account is overdrawn for ($12,677.77) | Checking | 7960 | $0.00 |
| 3.3. | Flagstar Bank ending 8606 | Checking | 8606 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                          | $0.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    TLC Travel Staff LLC                                          Case number (If known)  8:24-bk-1546
_____Name_____

☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        848,057.72    -        0.00    = ....        $848,057.72
_____face amount_____        _____doubtful or uncollectible accounts_____

11b. Over 90 days old:        18,304.45    -        0.00    = ....        $18,304.45
_____face amount_____        _____doubtful or uncollectible accounts_____

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82.                $866,362.17

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No.   Go to Part 5.
☒ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: |  |  |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity:  % of ownership |  |  |
| 15.1. | Lighthouse Nursing, Inc. - Debtor purchased 100% and it has been fully "absorbed" into Debtor company and no longer has any operations | 100%    % | $0.00 |
| 15.2. | Wayne Staffing LLC   - Debtor purchased 100% and it has been fully "absorbed" into Debtor company and no longer has any operations | 100%    % | $0.00 |
| 15.3. | Mynela Staffing LLC -   Debtor purchased 100% and it has been fully "absorbed" into Debtor company and no longer has any operations | 100%    % | $0.00 |
| 15.4. | Reliable Source Talent LLC - Debtor owns 70% (TLC involuntarily dissociated due to filing of Chapter 11) | 70%    % | Unknown |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                            $0.00
Add lines 14 through 16.   Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.

Debtor    TLC Travel Staff LLC _____    Case number (If known)   8:24-bk-1546
_____
Name

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software**<br>Land O' Lakes home office:   3 computers; 4 monitors; 3 desks; 2 chairs; 2 printers; various office supplies<br><br>Perry Office: 10 computers; 20 monitors; 10 desks; 10 chairs; 10 printers; various office supplies<br><br>Houston Office: 3 computers; 3 monitors; 3 desks; 3 chairs; 3 printers; various office supplies<br><br>Waco Office: 2 computers; 4 monitors; 2 desks; 2 chairs; 2 printers; various office supplies<br><br>Equipment held by various remote working employees:   12 computers; 18 monitors; 12 desks; 12 chairs; 12 printers; various office supplies | $20,925.00 | Debtor's opinion | $20,925.00 |
| Canon C5535i copier | $0.00 | Debtor's opiniom | $2,000.00 |

**42.    Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.    Total of Part 7.**
Add lines 39 through 42.    Copy the total to line 86.

| | $22,925.00 |
|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

Debtor    TLC Travel Staff LLC                                    Case number *(If known)*  8:24-bk-1546
_____
            Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.tlctravelstaff.com | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** Nursing Agency Licence #2023-N1917 State of Illinois; Department of Labor (Value only to Debtor) | $0.00 | | $0.00 |
| State of Washington; Certificate of Registration - UBI#604157545 (Value only to Debtor) | $0.00 | | $0.00 |
| State of Florida; Healthcare Services Pool License #2944 (Value only to Debtor) | $0.00 | | $0.00 |
| Minnesota Department of Health; Certificate of Registration #414120 (Value only to Debtor) | $0.00 | | $0.00 |
| State of New Jersey; Division of Consumer Affairs Licence #TP006290 (Value only to Debtor) | $0.00 | | $0.00 |
| Pennsylvania Department of Health; Certificate of Registration #0256 (Value only to Debtor) | $0.00 | | $0.00 |
| Washington State Department of Health Credential Number NPOL.NR.61474372 (Value only to Debtor) | $0.00 | | $0.00 |
| North Carolina Department of Health and Human Services License #NP7051 (Value only to Debtor) | $0.00 | | $0.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | TLC Travel Staff LLC | Case number *(if known)* | 8:24-bk-1546 |
| --- | --- | --- | --- |
| | Name | | |

63. **Customer lists, mailing lists, or other compilations**
Direct customers (primarily hospitals) contracted
to supply staff; vendor management systems
(no value except to Debtor)                    $0.00                    Unknown

64. **Other intangibles, or intellectual property**

65. **Goodwill**
Associated with Debtor's brand and business          $0.00                    Unknown

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                    | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Debtor   TLC Travel Staff LLC
_____
         Name

Case number *(If known)*  8:24-bk-1546
_____

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $866,362.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,925.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $889,287.17 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $889,287.17 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     TLC Travel Staff LLC

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     8:24-bk-1546

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Marlin Capital Solutions<br><br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Canon C5535i copier | $2,700.00 | $2,000.00 |

**2.1**   Marlin Capital Solutions

Creditor's Name

300 Fellowship Road
Mount Laurel, NJ 08054

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
January 2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Canon C5535i copier

**Describe the lien**
Loan on copier purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $2,700.00     Column B: $2,000.00

---

**2.2**   United Capital Funding

Creditor's Name

2719 Hollywood Blvd,
#A-1910
Hollywood, FL 33020

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Accounts Receivable; Accounts receivable; Bank of America ending 7957; Bank of America ending 7960 - Operating AccountAccount is overdrawn for ($12,677.77); Flagstar Bank ending 8606; Land O' Lakes home office:   3 computers; 4 monitors; 3 desks; 2 chairs; 2 printers; various office suppliesPerry Office: 10 computers; 20 monitors; 10 desks; 10 chairs; 10 printers; various office suppliesHouston Office: 3 computers; 3 monitors; 3 desks; 3 chairs; 3 printers; various office suppliesWaco Office: 2 computers; 4 monitors; 2 desks; 2 chairs; 2 printers; various office suppliesEquipment held by various remote working employees:   12 computers; 18 monitors; 12 desks; 12 chairs; 12 printers; various office supplies

**Describe the lien**

**Is the creditor an insider or related party?**

Column A: $1,537,443.00     Column B: $887,287.17

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | TLC Travel Staff LLC | Case number (if known) | 8:24-bk-1546 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,540,143.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    TLC Travel Staff LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    8:24-bk-1546

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>ACE/KYF Global<br>640 San Vicente Blvd.<br>Los Angeles, CA 90048 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,610,000.00 |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

| Debtor | TLC Travel Staff LLC | | Case number (if known) | 8:24-bk-1546 |
|---|---|---|---|---|
| | Name | | | |

---

**3.2** | **Nonpriority creditor's name and mailing address**
AFA Capital
1 Cayman Financial Centre36A Dr. Roys Drive
PO Box 2510
Grand Cayman KY1-1104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $1,125,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Austin Taylor
124 Plaza Central Street
Greenwood, IN 46143

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $26,578.65

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Sales & Purchase Agreement

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Austin Taylor
124 Plaza Central Street
Greenwood, IN 46143

**Date(s) debt was incurred** 12/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $33,533.15

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Sales & Purchase Agreement

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Bank of America Business Card
PO Box 53101
Phoenix, AZ 85072-3101

**Date(s) debt was incurred** 2023/2024

**Last 4 digits of account number** 7625

**As of the petition filing date, the claim is:** *Check all that apply.*    $42,905.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Bert Istre

**Date(s) debt was incurred** July 2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Ownership Sale and Purchase Agreement

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
BMT Capital
30 Church Street Suite A
Putnam, CT 06260

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $697,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Chantel McDonald

**Date(s) debt was incurred** July 2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    Unknown

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Ownership Sale and Purchase Agreement

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Courtney McCloud
8355 Briarhill Way
Indianapolis, IN 46236

**Date(s) debt was incurred** 12/2023

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $26,578.65

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Sales & Purchase Agreement

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | TLC Travel Staff LLC | | Case number (if known) | 8:24-bk-1546 |
|---|---|---|---|---|
| | Name | | | |

---

**3.10**

**Nonpriority creditor's name and mailing address**
Courtney McCloud
8355 Briarhill Way
Indianapolis, IN 46236

**Date(s) debt was incurred** _12/2023_

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Sales & Purchase Agreement_

Is the claim subject to offset?  ☒ No   ☐ Yes

$33,533.15

---

**3.11**

**Nonpriority creditor's name and mailing address**
Dawn Taylor
2143 Park Crescent Drive
Land O Lakes, FL 34639

**Date(s) debt was incurred** _June 2023_

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset?  ☒ No   ☐ Yes

$839,706.12

---

**3.12**

**Nonpriority creditor's name and mailing address**
Ethan Litt
504 N. Park Avenue #11
Indianapolis, IN 46202

**Date(s) debt was incurred** _12/2023_

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Sales & Purchase Agreement_

Is the claim subject to offset?  ☒ No   ☐ Yes

$119,603.93

---

**3.13**

**Nonpriority creditor's name and mailing address**
Ethan Litt
504 N. Park Avenue Apt 11
Indianapolis, IN 46202

**Date(s) debt was incurred** _12/2023_

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _Sales & Purchase Agreement_

Is the claim subject to offset?  ☒ No   ☐ Yes

$150,899.18

---

**3.14**

**Nonpriority creditor's name and mailing address**
Insta Funding LLC
2999 NE 191st Street, Suite 500
Miami, FL 33180

**Date(s) debt was incurred** _February 2024_

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.15**

**Nonpriority creditor's name and mailing address**
Leverage Interest Holdings LLC
f/k/a Seamless Capital Group
251 Little Falls Drive
Wilmington, DE 19808

**Date(s) debt was incurred** _July 2023_

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset?  ☒ No   ☐ Yes

Unknown

---

**3.16**

**Nonpriority creditor's name and mailing address**
Proventure Capital
99 Wall Street, Suite 576
New York, NY 10005

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset?  ☒ No   ☐ Yes

$371,656.00

---

**3.17**

**Nonpriority creditor's name and mailing address**
Quick Funding
16999 Collins Avenue Apt 2506
North Miami Beach, FL 33160

**Date(s) debt was incurred** _____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Loan_

Is the claim subject to offset?  ☒ No   ☐ Yes

$1,105,000.00

---

| Debtor | TLC Travel Staff LLC | Case number (if known) | 8:24-bk-1546 |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119,603.92

Seth Litt
4074 Pitscottie Court
Bargersville, IN 46106

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** Sales & Purchase Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,899.17

Seth Litt
4074 Pitscotti Court
Bargersville, IN 46106

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** Sales & Purchase Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $123,000.00

Speedy Funding
163 Carrier Street
Liberty, NY 12754

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119,603.93

Trevor Litt
1203 N. Arsenal Avenue
Indianapolis, IN 46201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** Sales & Purchase Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,899.18

Trevor Litt
1203 N. Arsenal Avenue
Indianapolis, IN 46201

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** Sales & Purchase Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** April 2020

**Basis for the claim:** Economic Injury Disaster Loan

**Last 4 digits of account number** 7200

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $119,603.92

Zachary Litt
7116 Trail Ridge Lane
Indianapolis, IN 46259

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** Sales & Purchase Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,899.17

Zachary Litt
7116 Trail Ridge Lane
Indianapolis, IN 46259

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** 12/2023

**Basis for the claim:** Sales & Purchase Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

---

| Debtor | TLC Travel Staff LLC | | Case number (if known) | 8:24-bk-1546 |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>7850 SW 6th Court #5730<br>Fort Lauderdale, FL 33324-3202 | Line  2.2<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | U.S. Attorney for SBA<br>99 NE 4th Street<br>33132 | Line  3.23<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 12,616,503.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 12,616,503.56 |

**Fill in this information to identify the case:**

Debtor name ___TLC Travel Staff LLC___

United States Bankruptcy Court for the: ___MIDDLE DISTRICT OF FLORIDA___

Case number (if known) ___8:24-bk-1546___

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | |
| | State the term remaining | June 2023 to June 2024 | |
| | List the contract number of any government contract | | One Arena Place<br>7322 SW Freeway<br>Houston, TX 77074 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Intangible Sale and Purchase Agreement | |
| | State the term remaining | April 2024 | |
| | List the contract number of any government contract | | Reliable Source Talent LLC |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease - Lease term expired 12/1/2023 and it went month-to-month | |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | Scott Cowell<br>17116 Hawks Ridge Lane<br>Edmond, OK 73012 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease | |
| | State the term remaining | July 1, 2023 to June 30, 2024 | |
| | List the contract number of any government contract | | Scriba Enterprises LLC<br>35 Malaga Cove Plaza<br>Palos Verdes Peninsula, CA 90274 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor 1  TLC Travel Staff LLC | | | Case number (*if known*)  8:24-bk-1546 |
|---|---|---|---|
| First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Goodwill Sale and License Back Agreement | |
|---|---|---|---|
| | State the term remaining | January 2025 | |
| | List the contract number of any government contract | _____ | Wayne Staffing LLC |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      TLC Travel Staff LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    8:24-bk-1546

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.6 | Steve Ludders | | United Capital Funding | ☒ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Steve Ludders | | Proventure Capital | ☐ D _____ <br> ☒ E/F ___3.16___ <br> ☐ G _____ |
| 2.8 | Steve Ludders | | AFA Capital | ☐ D _____ <br> ☒ E/F ___3.2___ <br> ☐ G _____ |
| 2.9 | Steve Ludders | | BMT Capital | ☐ D _____ <br> ☒ E/F ___3.7___ <br> ☐ G _____ |
| 2.10 | Steve Ludders | | Quick Funding | ☐ D _____ <br> ☒ E/F ___3.17___ <br> ☐ G _____ |
| 2.11 | Steve Ludders | | Speedy Funding | ☐ D _____ <br> ☒ E/F ___3.20___ <br> ☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | TLC Travel Staff LLC | Case number *(if known)* | 8:24-bk-1546 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | Steve Ludders | Bank of America Business Card | ☐ D _____<br>☒ E/F ___3.5___<br>☐ G _____ |
| 2.13 | Steve Ludders | U.S. Small Business Administration | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |
| 2.14 | Steve Ludders | Insta Funding LLC | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name____TLC Travel Staff LLC_____

United States Bankruptcy Court for the:____MIDDLE DISTRICT OF FLORIDA____

Case number (if known)____8:24-bk-1546_____

☐ Check if this is an
amended filing

<u>Official Form 207</u>

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $2,441,010.84 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $38,632,642.99 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $52,550,830.08 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    TLC Travel Staff LLC _____    Case number (if known)  8:24-bk-1546 _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Reppert Kelly & Vytell LLC<br>110 Allen Road Suite 208<br>Basking Ridge, NJ 07920 | 1/23/24 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☒ Other _Legal fees_ |
| 3.2. | Funding Club | | $302,917.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Panthers | 12/23/23 to<br>3/23/24 | $356,250.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Pro-Venture | 12/23/23 to<br>3/23/24 | $516,969.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Quick Funding<br>16999 Collins Avenue Apt 2506<br>North Miami Beach, FL 33160 | 12/23/23 to<br>3/23/24 | $1,175,894.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | BMT Capital<br>30 Church Street Suite A<br>Putnam, CT 06260 | 12/23/23 to<br>3/23/24 | $620,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. | AFA Capital<br>1 Cayman Financial Centre36A Dr. Roys<br>Drive<br>PO Box 2510<br>Grand Cayman KY1-1104 | 12/23/23 to<br>3/23/24 | $956,506.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. | NovoAdvance | 12/23/23 to<br>3/23/24 | $135,983.00 | ☐ Secured debt<br>☒ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9. | Speedy Funding<br>163 Carrier Street<br>Liberty, NY 12754 | 12/23/23 to<br>3/23/24 | $170,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | TLC Travel Staff LLC | | Case number *(if known)* | 8:24-bk-1546 |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.10. Bacchus | 12/23/23 to 3/23/24 | $47,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Megan Jones<br><br>Officer, Manager, Member and Shareholder | March 2023 to March 2024 | Unknown | Wayne Staffing LLC Goodwill Sale and License Back Agreement Earn-Out Payment |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Quick Capital<br>c/o Hassett & George PC<br>945 Hopmeadow Street<br>Simsbury, CT 06070 | Garnished bank account<br>Last 4 digits of account number: _____ | 1/24/24 and 1/31/24 | $209,882.17 |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. TLC Travel Staff LLC, et al. v. Ace Funding Source LLc, et al. 1:2023cv01914 | Racketeer/Corrupt Organization | US District Court for the Southern District of New York | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. Quick Capital (Information pending) | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   TLC Travel Staff LLC                                          Case number (if known)   8:24-bk-1546

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. BMT Capital Group Inc. v. TLC Travel Staff LLC, et al.<br>Index# 138125-2024 | Collection | Supreme Court, State of New York, County of Ontario | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br><br>Van Horn Law Group PA<br>500 NE 4th Street<br>Fort Lauderdale, FL 33301 | | March 22, 2024Attorney fee: $18,000.00; Filing fee: $1,738.00 - Total received $19,738.00 | $18,000.00 |
| Email or website address | | | |
| Who made the payment, if not debtor?<br>Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | TLC Travel Staff LLC | Case number *(if known)* | 8:24-bk-1546 |
|---|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

⠀⠀⠀⠀☐ No Go to Part 10.
⠀⠀⠀⠀☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Medical Staff Holdings 401(k) Plan | EIN: 81-4772024 |

Has the plan been terminated?
☒ No
☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

| Debtor | TLC Travel Staff LLC | Case number *(if known)* | 8:24-bk-1546 |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Hilltop Bank | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Closed 4/26/23 - zero balance | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Debtor    TLC Travel Staff LLC _____    Case number *(if known)*    8:24-bk-1546 _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    Reliable Source Talent | Travel Healthcare Staffing - Debtor owns 70% | **EIN:**<br><br>**From-To**    business is active |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Magnus Flaws & Company PA (Accountants) | 2018 to present (used for tax preparation only) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Equiturn Business Solutions Inc. | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | TLC Travel Staff LLC | Case number *(if known)* | 8:24-bk-1546 |
|---|---|---|---|

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Ludders | | President, Managing Member and Shareholder | 52% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Debbie Terrel | | VP Operations; Member | 17.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dawn Taylor | | VP Administration; Member | 17.5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Equiturn Business Solutions Inc. | | Member | 5% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Megan Jones | | Divisions Operations Manager; Member | 2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Jones | | VP Information Technology; Member | 2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mireya Arguelles | | Member | 2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michelle Nyguen | | Member | 2% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | TLC Travel Staff LLC | Case number *(if known)* | 8:24-bk-1546 |
|---|---|---|---|

loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Steve Ludders | Salary - $133,181.20Reimbursement - 48,568.56 | March 2023 to March 2024 | |
| | **Relationship to debtor** President and Managing Member | | | |
| 30.2. | Dawn Taylor | Salary - $133,188.00Reimbursement - $9,353.52 | March 2023 to March 2024 | |
| | **Relationship to debtor** Manager and Member | | | |
| 30.3. | Debbie Terrel | Salary - $133,188.00Reimbursement - $748.19 | March 2023 to March 2024 | |
| | **Relationship to debtor** Manager and Member | | | |
| 30.4. | Jeremy Jones | Salary - $79,786.78Reimbursement - $1,498.36 | March 2023 to March 2024 | |
| | **Relationship to debtor** Employee and Member | | | |
| 30.5. | Megan Jones | Salary - $80,452.30Reimbursement - $1,422.50 | March 2023 to March 2024 | |
| | **Relationship to debtor** Employee and Member | | | |
| 30.6. | Mireya Marguelles | Salary - $109,899.45Reimbursement - $3,757.10 | March 2023 to March 2024 | |
| | **Relationship to debtor** Employee and Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    TLC Travel Staff LLC                                    Case number *(if known)*   8:24-bk-1546

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      04/19/2024

/s/   Steve Ludders                                          Steve Ludders
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President/Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy