# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 24-01546 RCT
**Case Name:** TLC Travel Staff LLC

**Period Ending:** 09/30/25

**Trustee:** RICHARD M. DAUVAL, TRUSTEE
**Filed (f) or Converted (c):** 11/04/24 (c)
**§341(a) Meeting Date:** 12/10/24
**Claims Bar Date:** 02/20/25

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America ending 7957 (Pre-Petition Payroll) | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Bank of America ending 7960 (Pre-Petition Operating Account)<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Flagstar Bank ending 8606 (Checking) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Accounts receivable 90 days old or less<br>(see footnote) | 848,057.72 | 287,891.69 | | 0.00 | FA |
| 5 | Accounts receivable over 90 days old | 18,304.45 | 0.00 | | 3,500.00 | FA |
| 6 | 100% interest in Lighthouse Nursing, Inc.<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 100% interest in Wayne Staffing LLC<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 100% interest in Mynela Staffing LLC<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 70% interest in Reliable Source Talent LLC<br>(see footnote) | Unknown | Unknown | | 0.00 | FA |
| 10 | Office equipment, furnishings, and supplies<br>(see footnote) | 20,925.00 | 0.00 | | 0.00 | FA |
| 11 | Canon C5535i copier | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | Internet domain names and websites: www.tlctravelstaff.com | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Nursing Agency Licence #2023-N1917 State of Illinois<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | License: State of Washington; Certificate of Registration - UBI#604157545<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | State of Florida; Healthcare Services Pool License #2944<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 16 | License: Minnesota Department of Health; Certificate of Registration #414120<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | License: State of New Jersey; Division of Consumer Affairs, Licence #TP006290<br>(see footnote) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | License: Pennsylvania Department of Health; Certificate of Registration #0256 (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | License: Washington State Department of Health Credential Number NPOL.NR.61474372 (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 20 | License: North Carolina Department of Health and Human Services License #NP7051 (see footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Customer Lists: Direct customers (primarily hospitals) contracted to supply staff; vendor management systems (see footnote) | Unknown | Unknown | | 0.00 | FA |
| 22 | Goodwill: Associated with Debtor's brand and business (see footnote) | Unknown | Unknown | | 15,265.20 | FA |
| 23 | Balance of Chapter 11 Trustee Account (Flagstar 9927) (u) | 0.00 | 2,334,597.79 | | 2,334,597.79 | FA |
| 24 | Refund from North Dakota Workforce Safety & Insurance (u) | 0.00 | 84.68 | | 84.68 | FA |
| 25 | Balance of Chapter 11 DIP Account (BOA 6857) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Potential Fraudulent Transfer Claims (u) | 0.00 | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 27 | Balance of Chapter 11 DIP Account (BOA 6860) (u) | 0.00 | 8,033.64 | | 8,033.64 | FA |
| 28 | Potential claims against Ace Funding Source, LLC (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 29 | Potential claims against Quick Funding Group (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 30 | Potential Preference Claims (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 31 | Package Insurance Early Termination Reimbursement (u) | 0.00 | 11,246.09 | | 11,246.09 | FA |
| 32 | Vendor Refunds (u) | 0.00 | 2,069.09 | | 1,643.56 | FA |
| 33 | Health Insurance reimbursement (u) | 0.00 | 1,360.75 | | 1,360.75 | FA |
| | TOTALS (Excluding Unknown Values) | $889,287.17 | $3,645,286.73 | | $2,375,731.71 | $1,000,003.00 |

Regarding Property #2   Account is overdrawn for ($12,677.77) Checking 7960
Regarding Property #4   Asset Fully Administered in Ch. 11 proceeding and reported on final report.
Regarding Property #6   Debtor purchased 100% and it has been fully "absorbed" into Debtor company and no longer has any operations.
Regarding Property #7   Debtor purchased 100% and it has been fully "absorbed" into Debtor company and no longer has any operations.
Regarding Property #8   Debtor purchased 100% and it has been fully "absorbed" into Debtor company and no longer has any operations.
Regarding Property #9   Debtor owns 70%(TLC involuntarily dissociated due to filing of Chapter 11) 70%
Regarding Property #10   Land O' Lakes home office: 3 computers; 4 monitors; 3 desks; 2 chairs; 2 printers; various office supplies
Perry Office: 10 computers; 20 monitors; 10 desks; 10 chairs; 10 printers; various office supplies
Houston Office: 3 computers; 3 monitors; 3 desks; 3 chairs; 3 printers; various office supplies
Waco Office: 2 computers; 4 monitors; 2 desks; 2 chairs; 2 printers; various office supplies
Equipment held by various remote working employees: 12 computers; 18 monitors; 12 desks; 12 chairs; 12 printers; various office supplies
Regarding Property #13   Department of Labor (Value only to Debtor) $0.00
Regarding Property #14   (Value only to Debtor) $0.00
Regarding Property #15   (Value only to Debtor) $0.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Regarding Property #16   (Value only to Debtor) $0.00
Regarding Property #17   (Value only to Debtor) $0.00
Regarding Property #18   (Value only to Debtor) $0.00
Regarding Property #19   (Value only to Debtor) $0.00
Regarding Property #20   (Value only to Debtor) $0.00
Regarding Property #21    (no value except to Debtor) $0.00
Regarding Property #22   Asset Fully Administered in Chp. 11 proceeding and reported on in final report

**Major activities affecting case closing:**
<10/16/2025, 3:14:57 PM - RDauval>
call with Megan Murray to discuss pending issues in this case.  Assets remaining to be administered are Ch 5 causes of action.

Remaining matters for administration include resolution of Creditor's Objection to Claim 53, which was reserved; avoidance claims, if any; and resolution of 401k plan.  <9/20/2025, 11:40:32 AM - LR-435>

Tel. Conf. with Steve Ludders, who advised TLC Travel Staff is the Employer for the Medical Staff Holdings 401(k) Plan.  Must investigate and consider responsibilities to wind down plan.  <9/17/2025, 10:12:42 AM - LR-435>

Service completed via CM/ECF electronic notification - Order Granting Chapter 7 Trustee's Motion to Authorize Interim Distribution and To Pay Administrative Expenses.  <8/27/2025, 10:29:57 AM - SS-450>

Filed Motion for Interim Distribution and to Pay Administrative Expenses on 8/1/2025.  Statement of United States Trustee - No Objection filed 8/1/2025.  <8/4/2025, 11:39:06 AM - LR-435>

Filed Trustee's Report of Sale of Substantially All of the Assets of the Debtor for $2,400,000.00 <7/18/2025, 1:28:47 PM - JP-436>

Left second voicemail with Claimant Mary Williams (Claim 1-1) regarding payment of withholding taxes and necessity of SS#.  <5/19/2025, 2:56:12 PM - JP-436>

Mailed Form 941s (2024 2Q, 3Q & 4Q) to IRS and mailed payment.  <1/16/2025, 10:06:06 AM - LR-435>

Filed Proof of Service - [140] Order Granting Application for Compensation Fees Awarded to Equiturn Business Solutions Inc.; mailed copy to Debtor. <1/8/2025, 10:32:14 AM - SS-450>

Filed Proof of Service - [139] Order Approving Motion to Pay Wind Down Expenditures as Administrative Expenses; mailed copy to Debtor. <1/7/2025, 2:13:15 PM - SS-450>

Application to Employ Megan W. Murray and Underwood Murray, P.A. as Special Counsel to the Trustee  filed 12/12/2024.  <12/23/2024, 10:23:49 PM - LR-435>

Email to Daisy Montañez, IRS, regarding unfiled Form 941s.  <12/17/2024, 8:26:32 AM - LR-435>

Filed Application for Compensation for Equiturn Business Solutions, Inc, Financial Advisor, Fee: $39,847.50, Expenses: $0.00 <12/9/2024, 5:05:06 PM - JP-436>

Filed Application to Pay Wind Down Expenditures as Administrative Expenses.  <12/4/2024, 10:36:35 PM - LR-435>

Telephone conference with Claimant Erin Hines regarding timing of proposed interim distribution.  <12/3/2024, 10:40:22 AM - LR-435>

Service completed via CM/ECF electronic notification - Order  Approving Application to Employ/Retain LER/GR & Order Granting Application for Compensation for Jack Eskenazi. <11/22/2024, 2:12:41 PM - SS-450>

Submitted proposed orders approving Application to Employ Luis E. Rivera, II, of the law firm of GrayRobinson, P.A. as Attorney for Trustee and Application for Compensation for Jack Eskenazi.  Email to Case Manager regarding claims bar date.  <11/16/2024, 12:54:10 PM - LR-435>

Filed Proof of Service - Order Converting Case from Chapter 11 to Chapter 7 (118). Mailed to all parties on the attached Local Rule 1007-2 Parties in Interest List.<11/13/2024, 10:03:19 AM - SS-450>

Filed Notice of Assets and MORs for period ending 7/31/2024, 8/31/2024 & 9/30/2024.  <11/11/2024, 11:01:32 AM - LR-435>

Filed Proof of Service - Order Granting Chapter 11 Trustee's Motion to Convert Case to Chapter 7 (Doc. No. 116). Mailed to all parties on the attached Local Rule 1007-2 Parties in Interest List. <11/8/2024, 2:33:56 PM - SS-450>

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

**Initial Projected Date of Final Report (TFR):** March 31, 2026  **Current Projected Date of Final Report (TFR):** December 31, 2026

| October 31, 2025 | /s/ RICHARD M. DAUVAL, TRUSTEE |
|---|---|
| Date | RICHARD M. DAUVAL, TRUSTEE |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/07/24 | Asset #23 | Estate of TLC Travel Staff LLC | Balance of DIP Account | 1229-000 | 2,326,872.47 | | 2,326,872.47 |
| 11/08/24 | | UNITED CAPITAL FUNDING GROUP LLC | Payoff secured claim of factor (DIP Loan) per Sale Order (Doc. 102) | 4210-000 | | 524,307.74 | 1,802,564.73 |
| 11/12/24 | 1001 | Florida Blue | Employee health insurance coverage through 10/12/2024 per Sale Order (Doc. 102) | 6950-000 | | 7,221.89 | 1,795,342.84 |
| 11/12/24 | 1002 | Guardian | Employee dental insurance coverage through 10/12/2024 per Sale Order (Doc. 102) | 6950-000 | | 172.05 | 1,795,170.79 |
| 11/12/24 | 1003 | Aflac | Employee supplemental disability insurance coverage through 10/12/2024 per Sale Order (Doc. 102) | 6950-000 | | 2,567.22 | 1,792,603.57 |
| 11/12/24 | 1004 | Dawn Taylor | Net wages for period from 10/27/2024 - 11/4/2024 | 6950-000 | | 2,622.94 | 1,789,980.63 |
| 11/13/24 | 1005 | Dawn Taylor | Net wages for period from 10/20/2024 - 10/26/2024 | 6950-000 | | 2,622.94 | 1,787,357.69 |
| 11/25/24 | | AMERICAN HEALTHCARE CAPITAL | Broker for Trustee Fees per Order (Doc. 127) | 6700-000 | | 120,799.00 | 1,666,558.69 |
| 11/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,123.68 | 1,664,435.01 |
| 12/02/24 | Asset #23 | Estate of TLC Travel Staff LLC | Balance of DIP Account | 1229-000 | 7,725.32 | | 1,672,160.33 |
| 12/23/24 | Asset #22 | SWIPEJOBS LLC | Balance of sale proceeds per Order (Doc. 101). | 1129-000 | 15,265.20 | | 1,687,425.53 |
| 12/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,722.29 | 1,684,703.24 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/09/25 | 1006 | Dawn Taylor | Wages for periods from 11/3/2024 - 12/21/2024 per Order (Doc. 139) | 2990-000 | | 5,278.89 | 1,679,424.35 |
| 01/09/25 | 1007 | Acumen Information Systems | Sage payroll system fees for Nov. 2024 & Dec. 2024 per Order (Doc. 139) | 2990-000 | | 4,502.00 | 1,674,922.35 |
| 01/09/25 | 1008 | Dropbox Inc. | Date Storage Invoice ID JN2TXZBS7S9G & 949X1DWLQRKP per Order (Doc. 139); Voided on 01/28/2025 | 2990-003 | | 180.00 | 1,674,742.35 |
| 01/09/25 | 1009 | Equiturn Business Solutions, Inc. | Financial Advisory Fees per Order (Doc. 14) | 6990-000 | | 39,847.50 | 1,634,894.85 |
| 01/16/25 | 1010 | United States Treasury | Quarterly Federal Tax Payment (2024 Form 941 Q2) per Order (Docs. 4 & 102). TLC Travel Staff, LLC, EIN 81-4472024. | 6950-000 | | 365,277.25 | 1,269,617.60 |
| 01/16/25 | 1011 | United States Treasury | Quarterly Federal Tax Payment (2024 Form 941 Q3) per Order (Docs. 4 & 102). TLC Travel Staff, LLC, EIN 81-4472024. | 6950-000 | | 245,157.25 | 1,024,460.35 |
| 01/16/25 | 1012 | United States Treasury | Quarterly Federal Tax Payment (2024 Form 941 Q4) per Order (Docs. 4 & 102). TLC Travel Staff, LLC, EIN 81-4472024. | 6950-000 | | 52,864.75 | 971,595.60 |
| 01/26/25 | 1013 | Acumen Information Systems | Sage payroll system fees for Jan. 2025 per Order (Doc. 139) | 2990-000 | | 2,251.00 | 969,344.60 |
| 01/28/25 | 1008 | Dropbox Inc. | Date Storage Invoice ID JN2TXZBS7S9G & 949X1DWLQRKP per Order (Doc. 139); Voided: Check issued on 01/09/2025 | 2990-003 | | -180.00 | 969,524.60 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/25 | 1014 | Dawn Taylor | Wind down Staffing for 6 week period form 12/27/2024 - 1/31/2025 per Order (Doc. 139) | 2990-000 | | 4,500.00 | 965,024.60 |
| 03/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,568.17 | 963,456.43 |
| 04/18/25 | Asset #24 | Workforce Safety & Insurance - Bismarck, North Dakota | Refund of North Dakota Unemployment Compensation Tax | 1229-000 | 84.68 | | 963,541.11 |
| 04/21/25 | 1015 | Alabama Department of Revenue | Alabama Withholding Tax on Wages Paid During Chapter 11 Case.  Withholding Tax Account No. 0010137715. | 2820-000 | | 1,554.94 | 961,986.17 |
| 04/21/25 | 1016 | Department of Finance & Administration | Arkansas Withholding Tax on Wages Paid During Chapter 11 Case.  Account ID 34831331-WHW. | 2820-000 | | 3,943.71 | 958,042.46 |
| 04/21/25 | 1017 | Arizona Department of Revenue | Arizona Withholding Tax on Wages Paid During Chapter 11 Case.  EIN 81-4472024 | 2820-000 | | 484.15 | 957,558.31 |
| 04/21/25 | 1018 | State Of California | California Withholding Tax on Wages Paid During Chapter 11 Case.  Employer Account No 09422593 | 2820-000 | | 28,174.57 | 929,383.74 |
| 04/21/25 | 1019 | Colorado Department of Revenue | Colorado Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 418.72 | 928,965.02 |
| 04/21/25 | 1020 | Georgia Department of Revenue | Georgia Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. GA Withholding ID 3279658-PNB. | 2820-000 | | 1,739.05 | 927,225.97 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/25 | 1021 | Hawaii Department of Taxation | Hawaii Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024.  HI Tax ID No WH 212-593-1520-01. | 2820-000 | | 571.93 | 926,654.04 |
| 04/21/25 | 1022 | Iowa Department of Revenue | Iowa Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 478.81 | 926,175.23 |
| 04/21/25 | 1023 | Illinois Department of Revenue | Illinois Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 13,085.98 | 913,089.25 |
| 04/21/25 | 1024 | Indiana Department of Revenue | Indiana Withholding Tax on Wages Paid During Chapter 11 Case.  Taxpayer ID No 0999999990001 | 2820-000 | | 3,292.07 | 909,797.18 |
| 04/21/25 | 1025 | Kansas Department of Revenue | Kansas Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 3,777.00 | 906,020.18 |
| 04/21/25 | 1026 | Kentucky State Treasurer | Kentucky Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 2,147.84 | 903,872.34 |
| 04/21/25 | 1027 | Comptroller of Maryland | Maryland Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 3,233.12 | 900,639.22 |
| 04/21/25 | 1028 | State of Maine | Maine Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 2,115.00 | 898,524.22 |
| 04/21/25 | 1029 | State of Michigan | Michigan Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. | 2820-000 | | 2,126.83 | 896,397.39 |
| 04/21/25 | 1030 | Missouri Department of Revenue | Missouri Withholding Tax on Wages Paid During Chapter 11 Case.  FEIN 81-4472024. MO Tax ID 25074784. | 2820-000 | | 6,754.00 | 889,643.39 |

# Form 2
# Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 24-01546 RCT | **Trustee:** RICHARD M. DAUVAL, TRUSTEE |
| **Case Name:** | TLC Travel Staff LLC | **Bank Name:** Flagstar Bank, N.A. |
| | | **Account:** *******2855 - Checking |
| **Taxpayer ID#:** | ******2024 | **Blanket Bond:** N/A |
| **Period:** | 10/01/24 - 09/30/25 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/25 | 1031 | Montana Dept. of Revenue | Montana Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. Acct ID 6626972002WTH. | 2820-000 | | 302.00 | 889,341.39 |
| 04/21/25 | 1032 | North Carolina Department of Revenue | North Carolina Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. Account ID 237298055. | 2820-000 | | 7,342.00 | 881,999.39 |
| 04/21/25 | 1033 | North Dakota Tax Commissioner | North Dakota Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. | 2820-000 | | 268.00 | 881,731.39 |
| 04/21/25 | 1034 | Nebraska Department of Revenue | Nebraska Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. NE ID No 099999999. | 2820-000 | | 1,773.15 | 879,958.24 |
| 04/21/25 | 1035 | New Mexico Taxation and Revenue Department | New Mexico Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. | 2820-000 | | 9,690.31 | 870,267.93 |
| 04/21/25 | 1036 | Commissioner of Taxation and Finance | New York Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. | 2820-000 | | 899.33 | 869,368.60 |
| 04/21/25 | 1037 | Treasurer of State of Ohio | Ohio Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. | 2820-000 | | 375.38 | 868,993.22 |
| 04/21/25 | 1038 | Oklahoma Tax Commission | Oklahoma Withholding Tax on Wages Paid During Chapter 11 Case. Taxpayer FEIN 18-4472024. | 2820-000 | | 23,504.00 | 845,489.22 |
| 04/21/25 | 1039 | Oregon Department of Revenue | Oregon Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. BIN 01748227-0. | 2820-000 | | 4,429.02 | 841,060.20 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/25 | 1040 | SCDOR | South Carolina Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. | 2820-000 | | 3,583.22 | 837,476.98 |
| 04/21/25 | 1041 | Virginia Department of Taxation | Virginia Withholding Tax on Wages Paid During Chapter 11 Case. VA Acct No 30-814472024F-001. | 2820-000 | | 3,080.02 | 834,396.96 |
| 04/21/25 | 1042 | Vermont Department of Taxes | Vermont Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. Vermont ID WHT99999999. | 2820-000 | | 1,543.00 | 832,853.96 |
| 04/21/25 | 1043 | Wisconsin Department of Revenue | Wisconsin Withholding Tax on Wages Paid During Chapter 11 Case. FEIN 81-4472024. | 2820-000 | | 4,929.80 | 827,924.16 |
| 04/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,563.33 | 826,360.83 |
| 05/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,377.31 | 824,983.52 |
| 06/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,354.10 | 823,629.42 |
| 07/24/25 | | TLC TRAVEL STAFF LLC | Income adjustment | | 4,725.89 | | 828,355.31 |
| 07/24/25 | Asset #27 | | Closing Balance of DIP Operating Account - BOA 6860    8,033.64 | 1229-000 | | | 828,355.31 |
| 07/24/25 | Asset #31 | | Package Insurance early termination reimbursement    11,246.09 | 1229-000 | | | 828,355.31 |
| 07/24/25 | Asset #33 | | Health Insurance reimbursement    1,360.75 | 1229-000 | | | 828,355.31 |

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 24-01546 RCT | | **Trustee:** | RICHARD M. DAUVAL, TRUSTEE |
| --- | --- | --- | --- | --- |
| **Case Name:** | TLC Travel Staff LLC | | **Bank Name:** | Flagstar Bank, N.A. |
| | | | **Account:** | *******2855 - Checking |
| **Taxpayer ID#:** | ******2024 | | **Blanket Bond:** | N/A |
| **Period:** | 10/01/24 - 09/30/25 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/25 | Asset #32 | | Vendor Refunds                                     1,643.56 | 1229-000 | | | 828,355.31 |
| 07/24/25 | Asset #5 | | Collections on previously written off account receivable    3,500.00 | 1121-000 | | | 828,355.31 |
| 07/24/25 | | Steve Ludders | Reimburse unauthorized tax support payments    3,800.00 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Dawn Taylor | Payrolls for periods ending 10/17/2024, 10/24/2024 & 10/31/2024 per Wind Down Order    -5,885.33 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Bank of America | Acct Analysis Fees    -5,730.77 | 2600-000 | | | 828,355.31 |
| 07/24/25 | | Nicholas Toms | Unauthorized tax support payments reimbursed on 7/15/2025    -3,800.00 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Steve Ludders | Reimburse expenses per Wind Down Order    -2,944.00 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | | Package Insurance payment for October-November per Wind Down Order    -2,184.34 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Microsoft | Microsoft365 subscription fees per Wind Down Order    -1,963.23 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Magnus Flaws | Tax return preparation fees - Form 941s - per Order    -1,100.00 | 2990-000 | | | 828,355.31 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/24/25 | | Aatrix Software | W2 preparation, Mailing and online data base for employees    -959.50 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | CCSI eFax | Efax for the month of January for employee W2 distrbution per Wind Down Order    -174.45 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Grasshopper.com | Final software charge for CRM support per Wind Down Order    -106.53 | 2990-000 | | | 828,355.31 |
| 07/24/25 | | Bank of America | ACH Fees    -10.00 | 2600-000 | | | 828,355.31 |
| 07/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,349.36 | 827,005.95 |
| 08/23/25 | 1044 | Luis E. Rivera II | Dividend of 100.000%, Compensation: $91,539.55,  Expenses: $403.55 | | | 91,943.10 | 735,062.85 |
| 08/23/25 | | Luis E. Rivera II | Dividend of 100.000%, $91,539.55    91,539.55 | 2100-000 | | | 735,062.85 |
| 08/23/25 | | Luis E. Rivera II | Dividend of 100.000%, $403.55    403.55 | 2200-000 | | | 735,062.85 |
| 08/23/25 | 1045 | U.S. Bankruptcy Cou Clerk of Court | Dividend of 100.000% | 2700-000 | | 15.00 | 735,047.85 |
| 08/23/25 | 1046 | Luis E. Rivera II, Attorney for Trustee | Dividend of 100.000% | 3110-000 | | 13,362.00 | 721,685.85 |
| 08/23/25 | 1047 | Office of the United States Trustee | Dividend of 100.000%, Claim # 55-1 | 2950-000 | | 36,012.88 | 685,672.97 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/25 | 1048 | Van Horn Law Group, P.A. | Dividend of 100.000%, Claim # D.E. 129 | 6210-000 | | 18,422.50 | 667,250.47 |
| 08/23/25 | 1049 | Van Horn Law Group, P.A. | Dividend of 100.000%, Claim # D.E. 129 | 6710-000 | | 493.95 | 666,756.52 |
| 08/23/25 | 1050 | Wisconsin Department of Revenue | Dividend of 100.000%, Claim # D.E. 153 | 6950-000 | | 5,213.85 | 661,542.67 |
| 08/23/25 | 1051 | Luis E. Rivera II, Attorney for Trustee | Dividend of 100.000%, Claim # D.E. 162 | 6110-000 | | 43,720.50 | 617,822.17 |
| 08/23/25 | 1052 | Luis E. Rivera II, Attorney for Trustee | Dividend of 100.000%, Claim # D.E. 162 | 6120-000 | | 1,780.92 | 616,041.25 |
| 08/23/25 | 1053 | Franchise Tax Board - PIT | Dividend of 100.000% | 5300-000 | | 635.21 | 615,406.04 |
| 08/23/25 | 1054 | Internal Revenue Service | Combined Disbursement, Dividend of 100.000%, $18,991.78: $5,576.52: | | | 24,568.30 | 590,837.74 |
| 08/23/25 | | Internal Revenue Service | Dividend of 100.000%, 18,991.78 $18,991.78 | 5300-000 | | | 590,837.74 |
| 08/23/25 | | Internal Revenue Service | Dividend of 100.000%, 5,576.52 $5,576.52 | 5800-000 | | | 590,837.74 |
| 08/23/25 | 1055 | Arkansas Dept. of Finance and Administration - PIT | Dividend of 100.000% | 5800-000 | | 124.80 | 590,712.94 |
| 08/23/25 | 1056 | Arkansas Dept. of Finance and Administration - SIT | Dividend of 100.000% | 5800-000 | | 124.80 | 590,588.14 |
| 08/23/25 | 1057 | Franchise Tax Board - EIT | Dividend of 100.000% | 5800-000 | | 180.71 | 590,407.43 |
| 08/23/25 | 1058 | Franchise Tax Board - SIT | Dividend of 100.000% | 5800-000 | | 332.21 | 590,075.22 |
| 08/23/25 | 1059 | Franchise Tax Board - SUT | Dividend of 100.000% | 5800-000 | | 515.10 | 589,560.12 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/25 | 1060 | Indiana - LOCAL | Dividend of 100.000% | 5800-000 | | 11.52 | 589,548.60 |
| 08/23/25 | 1061 | Indiana Dept. of Revenue - SIT | Dividend of 100.000% | 5800-000 | | 35.12 | 589,513.48 |
| 08/23/25 | 1062 | Indiana Dept. of Revenue - SUT | Dividend of 100.000% | 5800-000 | | 28.79 | 589,484.69 |
| 08/23/25 | 1063 | Missouri Dep't of Revenue - SIT | Dividend of 100.000% | 5800-000 | | 100.56 | 589,384.13 |
| 08/23/25 | 1064 | Missouri Dep't of Revenue - SUT | Dividend of 100.000% | 5800-000 | | 119.47 | 589,264.66 |
| 08/23/25 | 1065 | Texas Comptroller of Public Accounts - SUT | Dividend of 100.000% | 5800-000 | | 495.13 | 588,769.53 |
| 08/23/25 | 1066 | Mary Williams | Dividend of 100.000%, Claim # 1-1 | 5300-000 | | 5,209.20 | 583,560.33 |
| 08/23/25 | 1067 | Erin Hines | Dividend of 100.000%, Claim # 3-1 | 5300-000 | | 4,514.64 | 579,045.69 |
| 08/23/25 | 1068 | Ashlee Crump | Dividend of 100.000%, Claim # 8-1 | 5300-000 | | 3,637.93 | 575,407.76 |
| 08/23/25 | 1069 | Glaiza Barrios | Dividend of 100.000%, Claim # 35-1 | 5300-000 | | 2,084.14 | 573,323.62 |
| 08/23/25 | 1070 | Mireya Arguelles | Combined Disbursement, Dividend of 100.000%, Claim #41-3P: $10,355.03. Dividend of 0.626%, Claim #41-3U: $179.47. | | | 10,534.50 | 562,789.12 |
| 08/23/25 | | Mireya Arguelles | Dividend of 100.000%, Claim #41-3P, $10,355.03 | 5300-000 | 10,355.03 | | 562,789.12 |
| 08/23/25 | | Mireya Arguelles | Dividend of 0.626%, Claim #41-3U, $179.47 | 7100-000 | 179.47 | | 562,789.12 |
| 08/23/25 | 1071 | Jeremy Jones | Dividend of 100.000%, Claim # 42-2 | 5300-000 | | 5,561.88 | 557,227.24 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/23/25 | 1072 | Megan Jones | Dividend of 100.000%, Claim # 43-2 | 5300-000 | | 8,804.98 | 548,422.26 |
| 08/23/25 | 1073 | Jennifer Simank | Dividend of 100.000%, Claim # 51-1 | 5300-000 | | 5,649.90 | 542,772.36 |
| 08/23/25 | 1074 | Lige Anne Wilson | Dividend of 100.000%, Claim # 52-1 | 5300-000 | | 2,408.53 | 540,363.83 |
| 08/23/25 | 1075 | Cassandra Denise Porter | Dividend of 100.000%, Claim # 56-1 | 5300-000 | | 833.17 | 539,530.66 |
| 08/23/25 | 1076 | Internal Revenue Service | Combined Disbursement, Dividend of 100.000%, Claim #2-3: $364,507.18. Dividend of 0.626%, Claim #2-3: $5,029.17. | | | 369,536.35 | 169,994.31 |
| 08/23/25 | | Internal Revenue Service | Dividend of 100.000%, Claim #2-3, $364,507.18        364,507.18 | 5800-000 | | | 169,994.31 |
| 08/23/25 | | Internal Revenue Service | Dividend of 0.626%, Claim #2-3, $5,029.17        5,029.17 | 7100-000 | | | 169,994.31 |
| 08/23/25 | 1077 | State of Minnesota Department of Revenue | Combined Disbursement, Dividend of 100.000%, Claim #11-1: $717.34. Dividend of 0.626%, Claim #11-1: $21.94. | | | 739.28 | 169,255.03 |
| 08/23/25 | | State of Minnesota Department of Revenue | Dividend of 100.000%, Claim #11-1, $717.34        717.34 | 5800-000 | | | 169,255.03 |
| 08/23/25 | | State of Minnesota Department of Revenue | Dividend of 0.626%, Claim #11-1, $21.94        21.94 | 7100-000 | | | 169,255.03 |
| 08/23/25 | 1078 | State of New Jersey - Division of Taxation Bankrup | Combined Disbursement, Dividend of 100.000%, Claim #30-1: $624.66. Claim #31-1: $52.06. | | | 676.72 | 168,578.31 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ / Disbursements $ | Checking Account Balance |
| 08/23/25 | | State of New Jersey - Division of Taxation Bankrup | Dividend of 100.000%, Claim #30-1, $624.66    624.66 | 5800-000 | | 168,578.31 |
| 08/23/25 | | State of New Jersey - Division of Taxation Bankrup | Dividend of 100.000%, Claim #31-1, $52.06    52.06 | 5800-000 | | 168,578.31 |
| 08/23/25 | 1079 | Oregon Dept of Revenue | Dividend of 100.000%, Claim # 33-2 | 5800-000 | 4,784.00 | 163,794.31 |
| 08/23/25 | 1080 | FLORIDA DEPT OF REVENUE | Dividend of 100.000%, Claim # 36-2 | 5800-000 | 65.43 | 163,728.88 |
| 08/23/25 | 1081 | North Dakota Office of State Tax Commissioner | Dividend of 100.000%, Claim # 37-1 | 5800-000 | 1,236.52 | 162,492.36 |
| 08/23/25 | 1082 | Wisconsin Department of Revenue | Combined Disbursement, Dividend of 100.000%, Claim #38-1: $478.84. Dividend of 0.626%, Claim #38-1: $0.56. | | 479.40 | 162,012.96 |
| 08/23/25 | | Wisconsin Department of Revenue | Dividend of 100.000%, Claim #38-1, $478.84    478.84 | 5800-000 | | 162,012.96 |
| 08/23/25 | | Wisconsin Department of Revenue | Dividend of 0.626%, Claim #38-1, $0.56    0.56 | 7100-000 | | 162,012.96 |
| 08/23/25 | 1083 | Michigan Department of Treasury | Dividend of 100.000%, Claim # 40-1 | 5800-000 | 714.53 | 161,298.43 |
| 08/23/25 | 1084 | Texas Workforce Commission | Dividend of 100.000%, Claim # 45-1 | 5800-000 | 5.17 | 161,293.26 |
| 08/23/25 | 1085 | Employment Development Department | Dividend of 100.000%, Claim # 46-1 | 5800-000 | 903.59 | 160,389.67 |
| 08/23/25 | 1086 | SC Department of Revenue | Combined Disbursement, Dividend of 100.000%, Claim #57-1: $2,282.58. Claim #58-1: $2.18. | | 2,284.76 | 158,104.91 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ / Disbursements $ | Checking Account Balance |
| 08/23/25 | | SC Department of Revenue | Dividend of 100.000%, Claim #57-1, $2,282.58    2,282.58 | 5800-000 | | 158,104.91 |
| 08/23/25 | | SC Department of Revenue | Dividend of 100.000%, Claim #58-1, $2.18    2.18 | 5800-000 | | 158,104.91 |
| 08/23/25 | 1087 | Insta Funding LLC | Dividend of 0.626%, Claim # 4-1 | 7100-000 | 258.90 | 157,846.01 |
| 08/23/25 | 1088 | Marlin Business Corporation fka Marlin Business Ba | Dividend of 0.626%, Claim # 6-1 | 7100-000 | 24.87 | 157,821.14 |
| 08/23/25 | 1089 | U.S. Small Business Administration | Dividend of 0.626%, Claim # 7-1 | 7100-000 | 3,353.66 | 154,467.48 |
| 08/23/25 | 1090 | Austin Taylor | Dividend of 0.626%, Claim # 13-1 | 7100-000 | 376.15 | 154,091.33 |
| 08/23/25 | 1091 | Courtney McCloud | Dividend of 0.626%, Claim # 15-1 | 7100-000 | 376.15 | 153,715.18 |
| 08/23/25 | 1092 | Ethan Litt | Dividend of 0.626%, Claim # 17-1 | 7100-000 | 1,692.70 | 152,022.48 |
| 08/23/25 | 1093 | Seth Litt | Combined Disbursement, Dividend of 0.626%, Claim #25-1: $2,252.73. Claim #19-1: $1,692.70. | | 3,945.43 | 148,077.05 |
| 08/23/25 | | Seth Litt | Dividend of 0.626%, Claim #25-1, $2,252.73    2,252.73 | 7100-000 | | 148,077.05 |
| 08/23/25 | | Seth Litt | Dividend of 0.626%, Claim #19-1, $1,692.70    1,692.70 | 7100-000 | | 148,077.05 |
| 08/23/25 | 1094 | Trevor Litt | Dividend of 0.626%, Claim # 21-1 | 7100-000 | 1,692.70 | 146,384.35 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 24-01546 RCT | | Trustee: | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | TLC Travel Staff LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | *******2855 - Checking |
| Taxpayer ID#: | ******2024 | | Blanket Bond: | N/A |
| Period: | 10/01/24 - 09/30/25 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/23/25 | 1095 | Zachary Litt | Combined Disbursement, Dividend of 0.626%, Claim #23-1: $1,692.70.  Claim #24-1: $500.61. | | | 2,193.31 | 144,191.04 |
| 08/23/25 | | Zachary Litt | Dividend of 0.626%, Claim #23-1, $1,692.70 | 1,692.70  7100-000 | | | 144,191.04 |
| 08/23/25 | | Zachary Litt | Dividend of 0.626%, Claim #24-1, $500.61 | 500.61  7100-000 | | | 144,191.04 |
| 08/23/25 | 1096 | Seth Litt et al | Dividend of 0.626%, Claim # 26-1 | 7100-000 | | 3,124.99 | 141,066.05 |
| 08/23/25 | 1097 | Jennifer Pavsek | Dividend of 0.626%, Claim # 32-1 | 7100-000 | | 64.70 | 141,001.35 |
| 08/23/25 | 1098 | Jeremy and Megan Jones | Dividend of 0.626%, Claim # 34-2 | 7100-000 | | 1,025.13 | 139,976.22 |
| 08/23/25 | 1099 | Healthsource HR, Inc. | Dividend of 0.626%, Claim # 47-1 | 7100-000 | | 141.00 | 139,835.22 |
| 08/23/25 | 1100 | Sterling | Dividend of 0.626%, Claim # 48-1 | 7100-000 | | 167.81 | 139,667.41 |
| 08/23/25 | 1101 | Scriba Enterprises, LLC | Dividend of 0.626%, Claim # 49-1 | 7100-000 | | 85.56 | 139,581.85 |
| 08/29/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,323.69 | 138,258.16 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 24-01546 RCT | **Trustee:** | RICHARD M. DAUVAL, TRUSTEE |
|---|---|---|---|
| **Case Name:** | TLC Travel Staff LLC | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | *******2855 - Checking |
| **Taxpayer ID#:** | ******2024 | **Blanket Bond:** | N/A |
| **Period:** | 10/01/24 - 09/30/25 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.53 | 137,784.63 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,354,673.56 | 2,216,888.93 | $137,784.63 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,354,673.56 | 2,216,888.93 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,354,673.56** | **$2,216,888.93** | |

| | | |
|---|---|---|
| Net Receipts: | $2,354,673.56 |
| Plus Gross Adjustments: | 21,058.15 |
| Net Estate: | $2,375,731.71 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # *******2855 | 2,354,673.56 | 2,216,888.93 | 137,784.63 |
| | $2,354,673.56 | $2,216,888.93 | $137,784.63 |