ORDERED.

**Dated: September 17, 2026**

Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re Chapter 11

TLC TRAVEL STAFF, INC. Case No. 8:24-bk-01546-RCT

Debtor.
_________________________________/

**ORDER APPROVING TRUSTEE'S SUPPLEMENT TO EXPAND SCOPE OF EMPLOYMENT OF MEGAN W. MURRAY AND UNDERWOOD MURRAY P.A. AS TRUSTEE'S COUNSEL FOR RECOVERY OF AVOIDANCE ACTIONS**
(Doc. 193)

THIS CASE came before the Court upon the *Trustee's Supplement to Expand Scope of Employment of Megan W. Murray and Underwood Murray, P.A. as Trustee's Counsel for Recovery of Avoidance Actions* (the "Supplement") (Doc. 193). The Court having reviewed the Supplement, the record in this case, noting that the Supplement was filed pursuant to the Court's negative notice procedures, and being otherwise fully advised in the premises, finds that the relief requested is appropriate and in the best interests of the estate.

Accordingly, it is

**ORDERED:**

1. The Supplement is **APPROVED** on the terms set forth in the Supplement.

2. The scope of employment of Underwood Murray, P.A., as counsel to Richard M. Dauval, Chapter 7 Trustee, is hereby expanded and modified to authorize Underwood Murray to pursue and recover Chapter 5 causes of action, including avoidance and recovery actions under 11 U.S.C. §§ 547 and 548, and other transfers recoverable for the benefit of the Debtor's estate.

3. Pursuant to 11 U.S.C. § 328(a), Underwood Murray's compensation for such services is approved on a contingency-fee basis as set forth in the Supplement.

4. The Court shall retain jurisdiction to enforce the terms of the Supplement and this Order.

###

Emanuel I. Flaquer is directed to serve a copy of this Order on the same parties served with the Application and who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.